**James Steven McELHANEY,
Movant/Appellant,**

v.

**STATE of Missouri,
Defendant/Respondent.**

**No. 60802.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 23, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 30, 1992.

Application to Transfer Denied
Jan. 26, 1993.

Cheryl Rafert, Sindel & Sindel, P.C., Clayton, for movant/appellant.

William L. Webster, Atty. Gen., Robin H. Grissom, Asst. Atty. Gen., Jefferson City, for defendant/respondent.

### ORDER

PER CURIAM.

Movant appeals from an order denying his Rule 24.035 motion on the merits without an evidentiary hearing. The motion court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memo-randum opinion for their information, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).